WR-61,441-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/17/2015 3:36:58 PM
Accepted 11/18/2015 12:57:26 PM
ABEL ACOSTA
CLERK

RECEIVED
COURT OF CRIMINAL APPEALS
11/18/2015
ABEL ACOSTA, CLERK

**JAMES SCOTT SULLIVAN**
**LAW OFFICES OF J. SCOTT SULLIVAN**
**22211 I.H. 10 WEST, SUITE 1260**
**SAN ANTONIO, TEXAS 78257**
**Telephone: (210) 227-6000**

*Board Certified in Criminal Law by the Texas Board of Legal Specialization*
*Board Certified in Criminal Appellate Law by the Texas Board of Legal Specialization*

November 17, 2015

The Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:     *In re Richard Anthony, Jr.,* WR-61,441-02

Dear Clerk of Court:

Please be advised that I did not receive the Order of the 144th Judicial District Court of Bexar County, Texas (Case No. 2001-CR-4920-W2) issued in the above-referenced matter until late in the week of November 9, 2015. Accordingly, in order to effectively represent my client, I would respectfully request this Court not rule until I file motions and/or responses to the Order on Monday, November 23, 2015.

This request is not made for the purposes of delay but so that justice may be done. If you have any questions, please do not hesitate to contact me.

Sincerely,

James Scott Sullivan
Texas Bar No. 19483350
Counsel for Richard Anthony, Jr.